IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:05CV118

| | |
|---|---|
| BARBARA BEAVER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COX ENTERPRISES, INC.; COX )<br>ENTERPRISES, INC. FLEXIBLE )<br>BENEFITS PLAN a/k/a COX GROUP )<br>INSURANCE PLAN a/k/a COX LONG )<br>TERM DISABILITY FLEX PLAN; )<br>AETNA LIFE INSURANCE COMPANY, )<br>)<br>Defendants. )<br>) | **ORDER GRANTING<br>MOTION FOR SPECIAL<br>ADMISSION OF COUNSEL<br>*PRO HAC VICE*** |

Upon review of the Cox Defendants' motion for Judith A. Mather to appear in this matter *pro hac vice*, and finding it proper to do so, the Court hereby GRANTS such defendants' motion for special admission of counsel *pro hac vice*.

This the 3rd day of May, 2005.

Carl Horn, III
Magistrate Judge Presiding